[No. 18035-9-II.    Division Two.    February 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY
RAY THORP, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-1-01063-1, D. Gary Steiner, J., entered
March 7, 1994. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 18787-6-II.    Division Two.    February 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY JO
McDANIEL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-1-01425-2, Vicki L. Hogan, J., entered
October 26, 1994. *Affirmed* by unpublished opinion per
Houghton, C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 19010-9-II.    Division Two.    February 7, 1997.]

CHARLES DUTTON, ET AL., *Appellants*, v. WAYNE D.
JENSEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-2-00802-5, Jay B. Roof, J., entered
December 9, 1994. *Reversed in part* and *affirmed in part*
by unpublished opinion per Seinfeld, J., concurred in by
Morgan and Hunt, JJ.

[No. 19051-6-II.    Division Two.    February 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
DOMINIQUE DAWSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-1-00571-3, William J. Kamps, J.,
entered October 28, 1994. *Affirmed* by unpublished opinion
per Armstrong, J., concurred in by Houghton, C.J., and
Bridgewater, J.